**SAIBER LLC**
Vincent F. Papalia
18 Columbia Turnpike – Suite 200
Florham Park, NJ 07932
(973) 622-3333
*Attorneys for Plaintiff, Edward P. Bond as*
*Liquidating Trustee of the Marcal Paper Mills Claims Trust*

| | |
|---|---|
| In re:<br><br>MARCAL PAPER MILLS, INC.,<br><br>                Debtor.<br><br>EDWARD P. BOND AS LIQUIDATING TRUSTEE OF THE MARCAL PAPER MILLS CLAIMS TRUST,<br><br>                Plaintiff,<br><br>     -v-<br><br>TECHNICAL TRAFFIC CONSULTANTS,<br><br>                Defendant. | Chapter 11<br><br>Case No.: 06-21886 (MS)<br><br>Hon. Morris Stern, U.S.B.J.<br><br>Adv. Pro. No. 08-02864 |

## NOTICE OF DISMISSAL WITH PREJUDICE

     PLEASE TAKE NOTICE that Plaintiff Edward P. Bond, Liquidating Trustee of the Marcal Paper Mills Claims Trust ("Plaintiff") dismisses the above-captioned adversary proceeding pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a), with prejudice and without costs to either party.

                                                          /s/ *Vincent F. Papalia*
                                                          Vincent F. Papalia
                                                           Saiber LLC
                                                           18 Columbia Turnpike, Suite 200
                                                           Florham Park, NJ 07932
                                                           *Counsel for the Liquidating Trustee*

DATED:   November 23, 2010

{00629134.DOC}